UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.  15-CR-101-W

DAVID YOUNG,
          Defendant.

## ORDER FOR MENTAL HEALTH EXAMINATION

The defendant, David Young, appeared before the Court on May 14, 2015 for arraignment. The defendant appeared in person and through his attorney, Assistant Federal Public Defender Frank Passafiume. The government appeared by and through Assistant United States Attorney Michael DiGiacomo. Upon the motion of Frank Passafiume, for a mental health examination of the defendant David Young, it is hereby:

**ORDERED**, that David Young undergo a mental health examination by a provider located within the Western District of New York, preferably one who can perform the examination at the Cattaraugus County Jail; and it is further

**ORDERED**, that the aforesaid examination include a psychiatric and psychological report to be prepared and filed with this Court with copies to be provided to counsel for the defendant and the government, to include:

1. the defendant's history and present psychiatric symptoms, if any;
2. a description of the psychiatric, psychological and/or medical tests that were employed; and
3. the name of the examiner(s) and his/her (their) findings as to diagnosis.

As of the date of this Order, speedy-trial time is excluded for other reasons through July 30, 2015. In addition, and to allow for a status conference once the report is completed, time is excluded from today until 30 days after the filing of the final report; this exclusion rests on the evaluation of the defendant's mental health status, under 18 U.S.C. § 3161(h)(1)(A).

**SO ORDERED,**

_____
**HON. HUGH B. SCOTT**
**United States Magistrate Judge**

**DATED:**  May 26, 2015
Buffalo, New York