UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

15-CR-101-W

DAVID YOUNG,

          Defendant.

## SPEEDY TRIAL ORDER
(July 22, 2015 through September 15, 2015)

The defendant appeared before the court on July 22, 2015, for a status conference as a result of the court receiving a clinical report that addressed the defendant's competency. The defendant appeared in person and through his attorney AFPD Frank Passafiume. The government appeared by and through Assistant United States Attorney Michael DiGiacomo.

Now that the issue of competency has been addressed coupled with complexity of the case the court hereby finds, in the interest of justice, that the previous issued scheduling order should be amended. The court finds the amended order outweighs both the public and defendant's right in a speedy trial as the defendant will be afforded both continuity and effective assistance of counsel as counsel will use the time to review and discuss the evidence with the defendant and also advise the defendant on how to defend against the pending charges. The court also finds the public benefits in the following scheduling order as they too will be afforded continuity of counsel as well as the ability to prepare their evidence for trial.

NOW, it is hereby

**ORDERED,** that the defense shall file all motions no later than September 15, 2015, and the government shall respond to the defense motions by September 30, 2015, and it is further

**ORDERED**, oral argument of for any filed motions is scheduled for October 5, 2015 at 10:00 a.m., and it is further,

**ORDERED,** that the time from July 22, 2015 up to and including September 15, 2015 is hereby excluded from the time requirements set forth in the Speedy Trial Act and any other statutory time requirements that might be applicable pursuant to and in accordance with Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv), and it is further

**ORDERED,** that as of September 15, 2015, 70 days remain on the Speedy Trial Act clock.

DATED: Buffalo, New York, July 29, 2015.

_____
HON. HUGH B. SCOTT
United States Magistrate Judge